sion, Second Department. December 3, 1909.) Action by Wilhelmine Hoffman against Bertha Wulstein. No opinion. Motion denied, without costs, on condition that the defendant perfect her appeal by December 9th; otherwise, motion granted, with $10 costs.

---

HOLLY v. HEALY. (Supreme Court, Appellate Term. November 12, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by William C. Holly against Owen D. Healy. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered. Frederick W. Block, for appellant. James C. Brady, for respondent.

PER CURIAM. The answer of the defendant, attempting to plead the statute of limitations, is fatally defective, in that it fails to allege that six years had elapsed prior to the commencement of the action and since the cause of action accrued. It was not, therefore, available to the defendant as a defense, and the dismissal of the plaintiff's complaint was error. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

HOLMES, Respondent, v. HEMSTREET, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Clara E. Holmes against Alfred Hemstreet. No opinion. Judgment and order reversed, as against the weight of evidence, and a new trial granted, with costs to appellant to abide event.

---

HOLMES, Respondent, v. SEABOARD CEMENT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by John T. Holmes against the Seaboard Cement Company and others. C. J. Hardy, for appellants. G. A. Strong, for respondent. No opinion. Judgment (63 Misc. Rep. 82, 116 N. Y. Supp. 524) affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

HOPKINS v. SNYDER et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Bartholomew Hopkins against Bernard Snyder and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re HOTCHKISS. (Supreme Court, Appellate Division, First Department. December 3, 1909.) In the matter of William A. Hotchkiss. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HOWARD v. BEEDLE et al. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Nora Howard against Mary Beedle and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

HUBBARD, Appellant, v. CITY OF PORT JERVIS, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by George J. Hubbard against the City of Port Jervis. No opinion. Judgment affirmed, with costs. See, also, 131 App. Div. 911, 115 N. Y. Supp. 1125.

---

HUGHES, Appellant, v. MATHUSHEK & SON PIANO CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Ann Hughes against the Mathushek & Son Piano Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

HURD, Respondent, v. CHAMBERLAIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by William B. Hurd, Jr., as committee, etc., of Sarah E. Maurice, an incompetent person, against Charles M. Chamberlain and another. No opinion. Judgment and orders affirmed, with costs.

---

HURLEY, Respondent, v. OLCOTT et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Thomas F. Hurley against J. Van V. Olcott and others, as receivers and trustees of Milliken Bros., Inc. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 119 N. Y. Supp. 430.

---

HYLAND, Respondent, v. BAKER & SHEVLIN CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1909.) Action by Mary E. Hyland, as administratrix, etc., of John M. Hyland, deceased, against the Baker & Shevlin Company. No opinion. Motion denied.

---

HYLAND, Respondent, v. BAKER & SHEVLIN CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Mary Hyland, as administratrix, etc., against the Baker & Shevlin Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

ISOLA, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Tommaso Isola, an infant, by his guardian ad litem, against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion denied, with costs. See, also, 118 N. Y. Supp. 888.

---

In re IVIE. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) In the matter of the application of William G. Ivie, for the removal, etc., of Charles H. Bunnell and Ida C. L. Bunnell. No opinion. Appeal dismissed, with $10 costs and dis-

bursements, on the authority of Foote v. Lathrop, 41 N. Y. 358, and People ex rel. Brush v. Brown, 103 N. Y. 684, 9 N. E. 327. See, also, sections 1342 and 2260 of the Code of Civil Procedure.

JACKSON v. EGAN et al. (two cases). Appeal of BROOKLYN BUILDERS' SUPPLY CO. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Benjamin F. Jackson against Andrew Egan and others. No opinion. Motion to dismiss appeal denied, without costs.

JACKSON v. EGAN et al. Appeal of ROBINS. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Benjamin F. Jackson against Andrew Egan and others. No opinion. Motion to dismiss appeal denied, without costs.

JACOBS et al., Respondents, v. FERGUSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Philip Jacobs and another against Ferdinand S. Ferguson, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

JACOBSON, Appellant, v. MOTLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by John Jacobson against Alfred H. Motley and another.
PER CURIAM. Judgment of the Municipal Court reversed, and a new trial ordered, costs to abide the event, on the ground that plaintiff has failed to show compliance with the conditions of the contract entitling him to recover any sum thereunder after, the 31st day of October, 1908.

JONES, Appellant, v. DENNEHY et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by John R. Jones against Mary M. Dennehy and another. No opinion. Motion to dismiss appeal granted, with costs.

JONES, Appellant, v. HARTWELL, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by James H. Jones against Horace E. Hartwell.
PER CURIAM. Under section 537 of the Code of Civil Procedure, the order is not appealable. The appeal is therefore dismissed.

JOHN D. PARK & SONS CO. v. HUBBARD. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by the John D. Park & Sons Company against Charles Hubbard. N. B. Beecher, for appellant. A. C. Parker, for respondent. No opinion. On plaintiff's appeal, order affirmed, with $10 costs and disbursements. Order filed. See, also, 119 N. Y. Supp. 347, 352.

JOUBIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Eliza Frances Joubin, as administratrix, etc., of George H. Joubin, deceased, against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with costs. See, also, 131 App. Div. 911, 115 N. Y. Supp. 1127.

KAPLAN, Appellant, v. E. G. POTTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Louis Kaplan, doing business as the National Show Case Company, against the E. G. Potter Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

KAUFMAN, Respondent, v. JOHN C. WIARDA & CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Max Charles Kaufman against John C. Wiarda & Co. No opinion. Judgment of the Municipal Court affirmed, with costs.

KEITH, Appellant, v. MUTUAL LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Boudinot Keith against the Mutual Life Insurance Company. E. V. Abbott, for appellant. H. Swain, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KEITH v. MUTUAL LIFE INS. CO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by Boudinot Keith, as trustee, against the Mutual Life Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

KELLY, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) Action by Michael Kelly, as administrator, etc., against the New York, Chicago & St. Louis Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that as matter of law plaintiff's intestate was guilty of contributory negligence.

KENNEDY v. FLYNN et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Michael J. Kennedy, as executor, etc., of Michael J. Coffey, deceased, against Patrick H. Flynn and others.
PER CURIAM. Order reversed, with $10 costs and disbursements, and account directed